DANIEL BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MATTHEW R. DILLON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MATTHEW R. DILLON, )<br>)<br>Defendant. )<br>_____ ) | No. 09-103-EFB<br><br>STIPULATION AND ORDER TO CONTINUE<br>SENTENCING AND SCHEDULE FOR<br>DISCLOSURE<br><br>Date:  July 13, 2009<br>Time:  2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |

The United States, through its counsel, Matthew C. Stegman, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Matthew R. Dillon, stipulate and request that the Court continue the sentencing set for July 13, 2009, at 2:00 p.m., to August 24, 2009, at 10:00 a.m.

The parties stipulate to the following disclosure schedule:

Draft Presentence Report Disclosed . . . . . . . . . . . July 13, 2009;

Counsel's Written Objections Delivered
To Probation And Opposing Counsel No Later Than  . . . July 27, 2009;

Presentence Report Filed With The Court
And Disclosed To Counsel No Later Than . . . . . . . . August 3, 2009;

/ / /

STIPULATION AND ORDER            1                         09-103-EFB

```
Motion For Correction Of Presentence Report
Filed With The Court And Served On Probation
And Opposing Counsel No Later Than  . . . . . . . . .  August 10, 2009;

Reply Or Statement Of Non-Opposition
To Motion For Correction  . . . . . . . . . . . . . .  August 17, 2009.
```

United States Probation Officer, Julie Fowler, has no objection to the new scheduled dates.

Dated: June 2, 2009                     Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender


Dated: June 2, 2009                     LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        /s/ M.Petrik for Matthew C. Stegman
                                        _____
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney


**O R D E R**

IT IS SO ORDERED.

Dated: June 4, 2009                     _____
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE